|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILLIP A. TALBERT<br>United States Attorney<br>CHRISTINA McCALL<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

**FILED**
**Feb 23, 2023**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>RESIDENCE LOCATED AT 3500 DATA DRIVE, APT 263 RANCHO CORDOVA, CA 95670; 2017 TOYOTA CAMRY WITH CALIFORNIA LICENSE PLATE 7WDG816; AND THE PERSON OF TIMOTHY A HORWATH | CASE NO: 2:23-SW-0162 CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant documents in the above-captioned matter be, and are, unsealed.

Dated: February 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE